Abraham Greenberg, Appellant, v. Goldberg & Greenberg, Inc., and Another, Respondents.    Abraham Greenberg, Appellant, v. Goldberg & Greenberg, Inc., and Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on pay-

ment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.